# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1862

_____

| | |
|---|---|
| Roy E. Cheatham, | * |
| | * |
| Appellant. | * |
| | *    Appeal from the United States |
| v. | *    District Court for the Eastern |
| | *    District of Missouri |
| St. Louis University, | * |
| | *        [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted:  December 17, 1998

Filed:  January 11, 1999

_____

Before BEAM, FLOYD R. GIBSON, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Roy E. Cheatham appeals the district court's grant of summary judgment in favor of St. Louis University. Having carefully reviewed the record in connection with the parties' briefs, we conclude that the district court correctly granted summary judgment. This appeal involves the application of simple and well-settled principles. Extensive discussion would serve no useful precedential purpose. We therefore affirm the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.